IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:

Pablo Hernandez Perez

Misc. No 06-MC-00023
06-MJ-0314

---

### ORDER DISMISSING MATERIAL WITNESS WARRANT

---

Upon motion of the United States the material witness warrant in the instant case is hereby dismissed.

s/ Diane K. Vescovo

DIANE K. VESCOVO
UNITED STATES MAGISTRATE-JUDGE
WESTERN DISTRICT OF TENNESSEE