# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

IN RE:

Pablo Hernandez Perez

Misc. No $\underline{06 \cdot mc - 00023}$

$\underline{06 - MJ - 0314}$

---

## ORDER DISMISSING MATERIAL WITNESS WARRANT

---

Upon motion of the United States the material witness warrant in the instant case is hereby dismissed.

s/ Diane K. Vescovo

DIANE K. VESCOVO
UNITED STATES MAGISTRATE-JUDGE
WESTERN DISTRICT OF TENNESSEE